IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>            Plaintiff,                              )<br>                                                          )<br>vs.                                                      )<br>                                                          )<br>ANTONIO GARCIA-BRAVO,           )<br>                                                          )<br>            Defendant.                         )<br>_____) | No. CR 06-1380-TUC-CKJ (HCE)<br><br>**ORDER** |

On August 14, 2007, Magistrate Judge Hector C. Estrada issued a Report and Recommendation [Doc. # 31] in which he recommended that Defendant Antonio Garcia-Bravo's Motion to Dismiss [Doc. # 19] be denied. The Report and Recommendation notified the parties that they had ten days after being served with a copy of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Motion to Dismiss, the Response, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 31] is ADOPTED, and;

2. The Motion to Dismiss [Doc. # 19] is DENIED.

DATED this 6th day of September, 2007.

_____
Cindy K. Jorgenson
United States District Judge